FILED
October 17, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Rigoberto Rodriguez-Gonzalez, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-381 EJG <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Rigoberto Rodriguez-Gonzalez  Case  2:07-cr-381 EJG  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Secured bond in the amount of $120,000 secured by defendant's brother's home

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/17/07  at  4:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge