1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  1107 9th St. Suite 850
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

IN THE UNITED STATES DISTRICT COURT
5  FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7

8  UNITED STATES OF AMERICA        )   No. S-07-0381 EJG
                                   )
9          Plaintiff,              )   STIPULATION AND ORDER
           vs.                     )
10                                 )   Date: 2/20/09
   RIGOBERTO RODRIGUEZ NAVARRO,    )   Time: 10 a.m.
11 et al.                          )   Judge: Hon Edward J. Garcia
                                   )
12         Defendant.              )

13

14     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

15 counsel, Mary Grad, Assistant Untied States Attorney, attorney for Plaintiff, Olaf Hedberg,

16 attorney for defendant Carlos Murgia-Garcia and Timothy Zindel attorney for Rigoberto

17 Rodriguez-Navarro that the status conference now scheduled for February 20, 2009 be vacated

18 and a new date of March 27, 2009 be set for status. The parties have been negotiating the terms

19 of a proposed plea agreement. It is felt that further negotiation will result in a disposition in this

20 matter.

21     It is further stipulated and agreed between the parties that the period beginning February

22                    Page 1 of 3

1  20, 2009 and ending March 27, 2009, should be excluded in computing the time within which the

2  trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act

3  for defense preparation. The defense has been engaged in ongoing legal research and

4  investigation. All parties stipulate and agree that this is an appropriate exclusion ot time within

5  the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this February 18, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Carlos Murgia-Garcia

Dated this February 18, 2009
Lawrence G. Brown
United States Attorney
/s/ Olaf Hedberg for Mary Grad
Mary Grad
Assistant U.S. Attorney

Dated this February 18, 2009
By /s/ Olaf Hedberg for Timothy Zindel
Timothy Zindel, Esq.
Attorney for Rigoberto Rodriguez-Navarro

[ PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the February 20, 2009 status conference be continued to March 27, 2009 at 10 a.m.. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and a reasonable time for preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that the time be excluded pursuant to 18 U.S.C. sec. 3161(h)(8)(B)(iv) and local code T4 from the date of this order.

IT IS SO ORDERED

DATED:   February 19, 2009

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge