1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RIGOBERTO RODRIGUEZ-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0381 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AS TO DEFENDANT RODRIGUEZ-NAVARRO |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | Date: March 27, 2009 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for March 27, 2009, may be continued as to defendant Rodriguez-Navarro to June 5, 2009, at 10:00 a.m.

One of the three defendants named in the original indictment has pled and been sentenced. Counsel for the government advises that a second defendant, Mr. Murgia-Garcia, is likely to resolve the case against him this week. Because Mr. Rodriguez-Navarro stands in different shoes from other defendants, the parties agree that additional time is needed before the indictment against him may be resolved. Counsel for

Mr. Rodriguez-Navarro is presently in a complex, five-defendant trial that is expected to continue for several weeks. To afford continuity of counsel and to afford additional time to resolve the case, the parties agree that the ends of justice to be served by this continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through June 5, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 23, 2009      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for R. RODRIGUEZ-NAVARRO

LAWRENCE G. BROWN
Acting United States Attorney

Dated: March 23, 2009      /s/ T. Zindel for M. Grad
MARY GRAD
Assistant U.S. Attorney

**O R D E R**

The status conference is continued as to defendant Rodriguez-Navarro to June 5, 2009, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 5, 2009, for the reasons stated above.

IT IS SO ORDERED.

Dated: March 23, 2009      /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge