```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RIGOBERTO RODRIGUEZ-NAVARRO
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  No. 2:07-CR-0381 EJG
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
12       v.                        )  AND EXCLUDING TIME AS TO
                                   )  DEFENDANT RODRIGUEZ-NAVARRO
13  RIGOBERTO RODRIGUEZ-NAVARRO,   )
                                   )
14              Defendant.         )  Date:  June 3, 2009
                                   )  Time:  2:00 p.m.
15  _____)  Judge: Hon. Edward J. Garcia

16
```

FILED
MAY 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

17     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
18 of America, and defendant Rigoberto Rodriguez-Navarro, through their
19 respective attorneys, that the status conference presently scheduled for
20 June 3, 2009, may be continued as to defendant Rodriguez-Navarro to
21 August 7, 2009, at 10:00 a.m.

22     One of the three defendants named in the original indictment has
23 pled and been sentenced. Counsel for the government advises that a
24 second defendant, Mr. Murgia-Garcia, is likely to resolve the case
25 against him this week. Because Mr. Rodriguez-Navarro stands in different
26 shoes from other defendants, the parties agree that additional time is
27 needed before the indictment against him may be resolved. Counsel for
28 Mr. Rodriguez-Navarro is presently in a complex, five-defendant trial

| | |
|---|---|
| 1 | that is expected to continue for several weeks. To afford continuity of |
| 2 | counsel and to afford additional time to resolve the case, the parties |
| 3 | agree that the ends of justice to be served by this continuance outweigh |
| 4 | the best interests of the public and the defendants in a speedy trial and |
| 5 | that time under the Speedy Trial Act may be excluded from the date of |
| 6 | this order through August 7, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) |
| 7 | and (B)(iv)(Local Code T4). |

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 21, 2009          /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for R. RODRIGUEZ-NAVARRO

                              LAWRENCE G. BROWN
                              Acting United States Attorney

Dated: May 21, 2009          /s/ T. Zindel for M. Grad
                              MARY GRAD
                              Assistant U.S. Attorney

**ORDER**

The status conference is continued as to defendant Rodriguez-Navarro to August 7, 2009, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 7, 2009, for the reasons stated above.

IT IS SO ORDERED.

Dated: May 29, 2009

HON. EDWARD J. GARCIA
United States District Judge