```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RIGOBERTO RODRIGUEZ-NAVARRO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0381 EJG |
|---|---|
|          Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **MODIFYING CONDITIONS** |
|     v. | ) **OF PRETRIAL RELEASE** |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) |
|          Defendant. | ) Judge: Hon. Kimberley J. Mueller |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the conditions of release imposed on August 17, 2007 (modified on September 24, 2007), may be modified to release Mr. Rodriguez-Navarro from the requirement that he be supervised by the Pretrial Services Agency.

/////

/////

/////

/////

1    The parties enter this stipulation at the recommendation of Pretrial
2 Services Officer Gina Faubion, who has supervised Mr. Rodriguez-Navarro
3 since his release in September 2007.

4

5                                      Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender
7

8 Dated:   June 23, 2009               /s/ T. Zindel
                                       TIMOTHY ZINDEL
9                                      Assistant Federal Defender
                                       Attorney for R. RODRIGUEZ-NAVARRO
10

11                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
12

13 Dated:   June 23, 2009              /s/ T. Zindel for M. Grad
                                       MARY GRAD
14                                     Assistant U.S. Attorney

15

16

17                            **O R D E R**

18

19    The conditions of release previously ordered are modified to release
20 Mr. Rodriguez-Navarro from further supervision by the Pretrial Services
21 Agency.
22    IT IS SO ORDERED.
23 Dated: June 29, 2009.

24
                                       _____
25                                     U.S. MAGISTRATE JUDGE

26

27

28

Stip & O. (Rodriguez-Navarro)       -2-