```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RIGOBERTO RODRIGUEZ-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RIGOBERTO RODRIGUEZ-NAVARRO,<br><br>            Defendant.<br>_____ | No. 2:07-CR-0381 EJG<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME AS TO<br>DEFENDANT RODRIGUEZ-NAVARRO**<br><br><br>Date:  August 7, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for August 7, 2009, may be continued to October 16, 2009, at 10:00 a.m.

    Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 4, 2009            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for R. RODRIGUEZ-NAVARRO


                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

Dated:  August 4, 2009            /s/ T. Zindel for M. Grad
                                  MARY GRAD
                                  Assistant U.S. Attorney

## O R D E R

The status conference is continued as to defendant Rodriguez-Navarro to October 16, 2009, at 10:00 a.m.  The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 16, 2009, for the reasons stated above.

IT IS SO ORDERED.

Dated: August 4, 2009             /s/ Edward J. Garcia
                                  HON. EDWARD J. GARCIA
                                  United States District Judge