```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    RIGOBERTO RODRIGUEZ-NAVARRO
 7
 8
```



**FILED**

OCT 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0381 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME AS TO** |
| | ) **DEFENDANT RODRIGUEZ-NAVARRO** |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) |
| Defendant. | ) Date: October 15, 2009 |
| | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for October 15, 2009, may be continued to December 11, 2009, at 10:00 a.m.

Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

1  the best interests of the public and the defendants in a speedy trial and
2  that time under the Speedy Trial Act may be excluded from the date of
3  this order through December 11, 2009, pursuant to 18 U.S.C. §
4  3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 9, 2009         /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for R. RODRIGUEZ-NAVARRO

                                LAWRENCE G. BROWN
                                Acting United States Attorney

Dated: October 9, 2009         /s/ T. Zindel for M. Grad
                                MARY GRAD
                                Assistant U.S. Attorney

## ORDER

The status conference is continued as to defendant Rodriguez-Navarro to December 11, 2009, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through December 11, 2009, for the reasons stated above.

IT IS SO ORDERED.

Dated: October 13, 2009

                                HON. EDWARD J. GARCIA
                                United States District Judge.

Stip & O. (Rodriguez-Navarro)        -2-