DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RIGOBERTO RODRIGUEZ-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>RIGOBERTO RODRIGUEZ-NAVARRO,<br><br>            Defendant. | No. 2:07-CR-0381 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT RODRIGUEZ-NAVARRO**<br><br>Date:  December 11, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for December 11, 2009, may be continued to January 29, 2010, at 10:00 a.m.

    Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: December 9, 2009       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for R. RODRIGUEZ-NAVARRO

                                      BENJAMIN WAGNER
                                      United States Attorney

Dated: December 9, 2009       /s/ T. Zindel for M. Grad
                                      MARY GRAD
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued as to defendant Rodriguez-Navarro to January 29, 2010, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 29, 2010, for the reasons stated above.

IT IS SO ORDERED.

Dated: December 9 2009        /s/ Edward J. Garcia
                                     U. S. DISTRICT JUDGE