DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RIGOBERTO RODRIGUEZ-NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0381 EJG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME AS TO** |
| | ) | **DEFENDANT RODRIGUEZ-NAVARRO** |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) | |
| | ) | |
| Defendant. | ) | Date:  January 29, 2010 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for January 29, 2010, may be continued to March 12, 2010, at 10:00 a.m.

Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

1  the best interests of the public and the defendants in a speedy trial and

2  that time under the Speedy Trial Act may be excluded from the date of

3  this order through March 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)

4  and (B)(iv)(Local Code T4).

5

6                                    Respectfully submitted,

7                                    DANIEL J. BRODERICK
                                     Federal Defender

8

9  Dated:  January 26, 2010          /s/ T. Zindel
                                     TIMOTHY ZINDEL
10                                    Assistant Federal Defender
                                     Attorney for R. RODRIGUEZ-NAVARRO

11

12                                   BENJAMIN WAGNER
                                     United States Attorney

13

14 Dated:  January 26, 2010          /s/ T. Zindel for M. Grad
                                     MARY GRAD
15                                    Assistant U.S. Attorney

16

17                       **O R D E R**

18      The status conference is continued as to defendant Rodriguez-Navarro

19 to March 12, 2010, at 10:00 a.m.  The court finds that the ends of

20 justice to be served by a continuance outweigh the best interests of the

21 public and the defendant in a speedy trial and therefore excludes time

22 under the Speedy Trial Act through March 12, 2010, for the reasons stated

23 above.

24      IT IS SO ORDERED.

25 Dated:  January 27, 2010          /s/ Edward J. Garcia
                                     HON. EDWARD J. GARCIA
26                                    United States District Judge

27

28