1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RIGOBERTO RODRIGUEZ-NAVARRO

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. 2:07-CR-0381 EJG
                                     )
13                 Plaintiff,        )  **STIPULATION AND ORDER**
                                     )  **CONTINUING STATUS CONFERENCE**
14       v.                          )  **AND EXCLUDING TIME AS TO**
                                     )  **DEFENDANT RODRIGUEZ-NAVARRO**
15  RIGOBERTO RODRIGUEZ-NAVARRO,     )
                                     )
16                 Defendant.        )  Date:  March 12, 2010
                                     )  Time:  10:00 a.m.
17  _____)  Judge: Hon. Edward J. Garcia

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant Rigoberto Rodriguez-Navarro, through their

21  respective attorneys, that the status conference presently scheduled for

22  March 12, 2010, may be continued to May 21, 2010, at 10:00 a.m.

23       Mr. Rodriguez-Navarro and the government continue in their

24  negotiations, which have been detailed for the Court in previous

25  submissions.  The parties agree that additional time is needed before the

26  indictment against Mr. Rodriguez-Navarro may be resolved.  To afford the

27  parties time to complete their pre-resolution activities, the parties

28  agree that the ends of justice to be served by this continuance outweigh

1  the best interests of the public and the defendants in a speedy trial and

2  that time under the Speedy Trial Act may be excluded from the date of

3  this order through May 21, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)

4  and (B)(iv)(Local Code T4).

5

6                                          Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Defender
8

9  Dated:  March 10, 2010                  /s/ T. Zindel
                                           TIMOTHY ZINDEL
10                                         Assistant Federal Defender
                                           Attorney for R. RODRIGUEZ-NAVARRO
11

12                                         BENJAMIN WAGNER
                                           United States Attorney
13

14 Dated:  March 10, 2010                  /s/ T. Zindel for M. Grad
                                           MARY GRAD
15                                         Assistant U.S. Attorney

16

17                            **O R D E R**

18     The status conference is continued as to defendant Rodriguez-Navarro

19 to May 21, 2010, at 10:00 a.m.  The court finds that the ends of justice

20 to be served by a continuance outweigh the best interests of the public

21 and the defendant in a speedy trial and therefore excludes time under the

22 Speedy Trial Act through May 21, 2010, for the reasons stated above.

23     IT IS SO ORDERED.

24 Dated:  March 10, 2010                  /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
25                                         United States District Judge

26

27

28

Stip & O. (Rodriguez-Navarro)        -2-