```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RIGOBERTO RODRIGUEZ-NAVARRO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:07-CR-0381 EJG
                                   )
13           Plaintiff,            )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
14      v.                         )  AND EXCLUDING TIME AS TO
                                   )  DEFENDANT RODRIGUEZ-NAVARRO
15  RIGOBERTO RODRIGUEZ-NAVARRO,   )
                                   )
16           Defendant.            )  Date:  July 16, 2010
                                   )  Time:  10:00 a.m.
17  _____)  Judge: Hon. Edward J. Garcia

18
```

FILED

JUL 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for July 16, 2010, may be continued to September 17, 2010, at 10:00 a.m.

Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

Dated: July 13, 2010          /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for R. RODRIGUEZ-NAVARRO

                                              BENJAMIN WAGNER
                                              United States Attorney

Dated: July 13, 2010          /s/ T. Zindel for M. Grad
                                              MARY GRAD
                                              Assistant U.S. Attorney

**O R D E R**

    The status conference is continued as to defendant Rodriguez-Navarro to September 17, 2010, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 17, 2010, for the reasons stated above.

    IT IS SO ORDERED.

Dated: July 14, 2010                                     _[signature]_
                                              HON. EDWARD J. GARCIA
                                              United States District Judge