```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RIGOBERTO RODRIGUEZ-NAVARRO
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0381 EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT RODRIGUEZ-NAVARRO** |
| v. | ) | |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) | |
| Defendant. | ) | Date:  September 17, 2010 |
| _____ | ) | Time:  10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for September 17, 2010, may be continued to October 15, 2010, at 10:00 a.m.

   Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 15, 2010   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for R. RODRIGUEZ-NAVARRO

BENJAMIN WAGNER
United States Attorney

Dated: September 15, 2010   /s/ T. Zindel for M. Grad
MARY GRAD
Assistant U.S. Attorney

## O R D E R

The status conference is continued as to defendant Rodriguez-Navarro to October 15, 2010, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 15, 2010, for the reasons stated above.

IT IS SO ORDERED.

Dated: September 15, 2010   /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge

Stip & O. (Rodriguez-Navarro)   -2-