```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RIGOBERTO RODRIGUEZ-NAVARRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0381 EJG |
| ) Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| RIGOBERTO RODRIGUEZ-NAVARRO, ) ) Defendant. ) ) _____ ) | Date: October 15, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for October 15, 2010, may be continued to November 19, 2010, at 10:00 a.m.

Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through November 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 12, 2010            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for R. RODRIGUEZ-NAVARRO


                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:  October 12, 2010            /s/ T. Zindel for M. Grad
                                    MARY GRAD
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued as to defendant Rodriguez-Navarro to November 19, 2010, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 19, 2010, for the reasons stated above.

IT IS SO ORDERED.

```
Dated:  October 13, 2010            /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge
```

Stip & O. (Rodriguez-Navarro)      -2-