```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RIGOBERTO RODRIGUEZ-NAVARRO
7

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0381 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| RIGOBERTO RODRIGUEZ-NAVARRO, | ) |
| | ) Date: December 17, 2010 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rigoberto Rodriguez-Navarro, through their respective attorneys, that the status conference presently scheduled for December 17, 2010, may be continued to January 21, 2011, at 10:00 a.m.

Mr. Rodriguez-Navarro and the government continue in their negotiations, which have been detailed for the Court in previous submissions. The parties agree that additional time is needed before the indictment against Mr. Rodriguez-Navarro may be resolved. To afford the parties time to complete their pre-resolution activities, the parties agree that the ends of justice to be served by this continuance outweigh

the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through January 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 15, 2010          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for R. RODRIGUEZ-NAVARRO


BENJAMIN WAGNER
United States Attorney

Dated: December 15, 2010          /s/ T. Zindel for M. Grad
                                  MARY GRAD
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued as to defendant Rodriguez-Navarro to January 21, 2011, at 10:00 a.m. The court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 21, 2011, for the reasons stated above.

IT IS SO ORDERED.

Dated: December 16, 2010          /s/ Edward J. Garcia
                                  U. S. DISTRICT JUDGE

Stip & O. (Rodriguez-Navarro)          -2-