UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**
*& Order*

FILED
APR 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                    **RE:**    **Rigoberto Rodriguez-Navarro**
                            **Docket Number:  2:07CR00381-01**
                            **CONTINUANCE OF JUDGMENT**
                            **AND SENTENCING**

c/1856

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 13, 2011 to July 8, 2011 at 10:00a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on scheduling conflicts for both the probation officer and defense counsel, a continuance is requested.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              */s/ Lori V. Clanton*
                              Lori V. Clanton

                            **Senior United States Probation Officer**

**REVIEWED BY:**    */s/ Jeffrey C. Oestreicher*
                            Jeffrey C. Oestreicher
                            **Supervising United States Probation Officer**

Dated:     04/21/11
             Sacramento, California
             lvc

Attachment

**RE:   Rigoberto Rodriguez-Navarro
Docket Number:   2:07CR00381-01
<u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>**

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____
**EDWARD J. GARCIA
Senior United States District Judge**

4/21/11

**Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:07CR00381-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Rigoberto Rodriguez-Navarro | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | July 8, 2011 @ 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | July 1, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 24, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 17, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | June 10, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | May 27, 2010 |

3

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG