UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                RE:   Rigoberto RODRIGUEZ-NAVARRO
                      Docket Number:  2:07CR00381-01
                      **CONTINUANCE OF JUDGMENT**
                      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 8, 2011, to July 22, 2011, at 10:00 a.m.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:**  A continuance is requested due to scheduling conflicts of defense counsel and the probation officer.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                        Respectfully submitted,

                        /s/ LVC

                        **LORI V. CLANTON**
                        Senior United States Probation Officer

**REVIEWED BY:**    /s/ Jeffrey C. Oestreicher
                     Jeffrey C. Oestreicher
                     Supervising United States Probation Officer

Dated:    06/09/2011
           Sacramento, California
           LVC/mc

Attachment

RE: Rigoberto RODRIGUEZ-NAVARRO
Docket Number:   2:07CR00381-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ Approved

*[signature]* 6/24/11

EDWARD J. GARCIA
Senior United States District Judge          Date

___ Disapproved

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:07CR00381-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Rigoberto RODRIGUEZ-NAVARRO, | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/22/2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 07/15/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/08/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/01/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/24/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/10/2011 |